GOUIN *vs* THE STATE.

APPEAL from St. Louis Criminal Court.

NAPTON J. *delivered the opinion of the Court.*

This case is exactly like the case of Lambert *vs,* The State.
The judgment will be affirmed.